Commonwealth *v.* Perry, Appellant.

Submitted March 17, 1975. *Rudolph S. Pallastrone, George A. Bachetti,* and *Pallastrone & Bachetti,* for appellant; *Guy R. Sciolla, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Pici, Appellant.

Submitted April 17, 1975. *Paul Bogdon,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Order affirmed.